UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| AVELINA CASTILLO and DOMINADOR CASTILLO;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; *business entity unknown*; NDEX WEST, L.L.C.; *business entity unknown*; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO.: CV 16-1475-GW(SSx)<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. George H. Wu*] |
|---|---|

1  On May 12, 2016, the Court entered an Order granting the Motion to
2  Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor
3  by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage,
4  FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") dismissing the Complaint in
5  its entirety.
6  Accordingly:
7  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**
8  1. The Complaint is dismissed, as to all causes of action, with prejudice;
9  2. Judgment is entered in favor of defendant WELLS FARGO BANK,
10 N.A.; and
11 3. Plaintiffs, Avelina Castillo and Dominador Castillo will recover
12 nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED: May 17, 2016

_/s/ George H. Wu_
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

## [PROPOSED] JUDGMENT OF DISMISSAL

on the interested parties in said case as follows:

### Served Electronically

### Via the Court's CM/ECF System:

| *Attorneys for Plaintiffs,*<br>*Avelina Castillo and Dominador Castillo* | *Attorneys for Defendant*<br>*NDeX West, LLC,* |
|---|---|
| Krystina T. Tran, Esq.<br>krystania@bklawcorp.com<br>LAW OFFICES OF TRAN & ISERHIEN, PC<br>Newport Corporate Tower<br>4100 Newport Place, Suite 710<br>Newport Beach, California 92660<br><br>T: 949.797.9090 \| F: 877.502.1004 | Edward A. Treder, Esq.<br>edwardt@bdfgroup.com<br>James T. Lee, Esq.<br>jamesl@bdfgroup.com<br>**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br><br>T: (626) 915-5714 \| F: (626) 915-0289 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on May 16, 2016.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/FR1842/01421103-1

1

CASE NO. 2:16-CV-01475-GW-SS
CERTIFICATE OF SERVICE